IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>  vs.<br><br>FRANCISCO JAVIER CRUZ-MONTANO,<br><br>        Defendant. | No. 1:06-cr00298-002-SMS<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 2/7/2007

                                   /s/ Sandra M. Snyder
                                SANDRA M. SNDYER
                                U.S. Magistrate Judge

12/6/06 ordrelease.form

1